**13 CV 0073**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOME RUN THE MOVIE, LLC )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>WAKING GIANTS MEDIA GROUP, )<br>LLC d/b/a WAKING GIANTS, LLC, )<br>)<br>Defendant. ) | Case No._____ |

### CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WAKING GIANTS MEDIA, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Waking Giants Media, L.L.C. states that it has no parent corporation, and that no publicly traded corporation owns 10% or more of its stock.

Dated this 3rd day of January, 2013.

Respectfully Submitted,

_____
Evangelos Michailidis, EM-3383
Duane Morris LLP
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 471-1864
Facsimile: (212) 214-0650
emichailidis@duanemorris.com

and